# PD-0195-15

IN THE TEXAS COURT OF CRIMINAL APPEALS

AUSTIN TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 17 2015

Abel Acosta, Clerk

CHAD ALAN CARNEY

VS.

STATE OF TEXAS,

    RESPONDENT.

\* \* \* \* \* \*

IN THE JUDICIAL 420TH

DISTRICT COURT OF

NACOGDOCHES COUNTY, TEXAS

FILED IN
COURT OF CRIMINAL APPEALS

FEB 20 2015

Abel Acosta, Clerk

## MOTION TO SUSPEND T.R.A.P. RULE 9.3 (b), RULE 211 (a)

TO THE HONORABLE CLERK OF SAID COURT COMES NOW, CHAD ALAN CARNEY, AND PRESENTS THIS HIS MOTION TO SUSPEND THE RULE ( 9.3 (b), RULE 211(a) ) AND STATES THE FOLLOWING:

The applicant as stated above request the court to suspend T.R.A.P. Rule 9.3 (b) and Rule 211 (a). The applicant further states that he is unable to make the eleven (11) copies which are required by T.R.A.P. Rule 211 (a) and request the court to provide the necessary copies.

Respectfully Submitted,

Chad Alan Carney, Applicant

Texas Department of Criminal

Justice-Institutional Division

Eastham Unit

TDCJID # 1886931

Lovelady, Texas 75851

CC:File